Anna F. Coon, Respondent, v. Fonda, Johnstown and Gloversville Railroad Company, Appellant, Impleaded with Walter G. Grunewald, Respondent. — Order reversed on the law and facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event. All concur.

Before State Industrial Board, Respondent. Edward Clapper, Respondent, v. Baird Brothers and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

George M. Cole, Respondent, v. W. Maynard Levy, Jr., and Others, Appellants, Impleaded with Plattsburgh Gas and Electric Company, Defendant.— Order reversed on the law, with ten dollars costs and disbursements, and complaint dismissed as to defendants W. Maynard Levy, Jr., and Chester C. Kaufman individually, with costs, upon the opinion of Hinman, J., in Cole v. Levy (212 App. Div. 84), decided herewith. All concur; H. T. Kellogg, J., not sitting.

George M. Cole, Respondent, v. W. Maynard Levy, Jr., and Others, Appellants, Impleaded with Plattsburgh Gas and Electric Company, Defendant.— Order reversed on the law, with ten dollars costs and disbursements, and motion for continuance of temporary injunction pendente lite denied, with ten dollars costs, upon the opinion of Hinman, J., in Cole v. Levy (212 App. Div. 84), decided herewith. All concur; H. T. Kellogg, J., not sitting.

Louise V. Dodge, Respondent, v. James A. Goodrich, Appellant.— Motion denied, with ten dollars costs.

Before State Industrial Board, Respondent. Mary Dobroski, Respondent, v. Supreme Window Cleaning Company, Respondent, Impleaded with The Empire State Mutual Insurance Company, Appellant.— Award unanimously affirmed, with costs to the employer against the insurance carrier.

Casper G. Decker and Others, as Trustees under the Last Will and Testament of Robert M. McDowell, Deceased, Appellants, v. John G. McDowell, Respondent, Impleaded with Others, Defendants.— Judgment and order unanimously affirmed, with costs.

Clair Easterbrook, Appellant, v. The State of New York, Respondent.— Judgment unanimously affirmed, with costs.

Elmira Water, Light and Railroad Company, Appellant, v. Elmira, Corning and Waverly Railway, Respondent.— Judgment unanimously affirmed, with costs. McCann, J., not sitting.

Before State Industrial Board, Respondent. Jay Foland, Respondent, v. Julius Breckwoldt & Company and Another, Appellants.— Award and decision reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the uncontradicted evidence is that claimant is able to do light work and is, therefore, not totally disabled. All concur.